IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARNIE MONTS, | No. 4:18-CV-02076 |
| Plaintiff, | (Judge Brann) |
| v. | |
| CHAPLAIN ABBAS ADEKA, | |
| Defendant. | |

# ORDER

**APRIL 27, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Court may reconsider its dismissal should Plaintiff provide his updated address within a reasonable time period.

2. Defendant's state law counterclaim of assault and battery is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction pursuant to 28 U.S.C. § 1367(c)(1).

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge